UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
F I L E D

SEP 15 2022

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                   INDICTMENT NO. 0:22-CR-017-DLB

WILLIAM LUCAS FERGUSON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2251(a)

On or about May 29, 2022, in Greenup County, in the Eastern District of Kentucky,

**WILLIAM LUCAS FERGUSON**

employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be produced or transmitted using materials that had been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

### COUNT 2
### 18 U.S.C. § 2251(a)

On or about May 15, 2022, in Greenup County, in the Eastern District of Kentucky,

**WILLIAM LUCAS FERGUSON**

employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be produced or transmitted using materials that had been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 3
### 18 U.S.C. § 2251(a)

On or about April 24, 2022, in Greenup County, in the Eastern District of Kentucky,

**WILLIAM LUCAS FERGUSON**

employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be produced or transmitted using materials that had been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 4
### 18 U.S.C. § 2252(a)(4)(B)

On or about June 7, 2022, in Boyd County, in the Eastern District of Kentucky,

**WILLIAM LUCAS FERGUSON**

did knowingly possess a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual

depictions involved the use of a minor, including a prepubescent minor and a minor who had not attained 12 years of age, engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 2253

By virtue of the commission of the offense(s) alleged in this Indictment, any and all interest **WILLIAM LUCAS FERGUSON** has in any visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the offense and any property used or intended to be used in the commission or promotion of the offense, or traceable to such property, including but not limited to the following property::

**COMPUTER AND ASSOCIATED EQUIPMENT:**

a. Motorola Cell Phone, Model: One 5G UW, IMEI No.: 353614114673453
b. All software and peripherals which are contained on or associated with the listed computers and/or cellular phones.

is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 2253.

**A TRUE BILL**

███████████████
**FOREPERSON**

_/s/ Carlton S. Shier_
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1-3:** Not less than 15 years nor more than 30 years imprisonment, $250,000 fine, and not less than 5 years nor more than a lifetime term of supervised release.

**COUNT 4:** Not more than 10 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

Not more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release if any visual depiction involves a prepubescent minor.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5); or

(2) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Restitution, if applicable.