Eastern District of Kentucky
**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

SEP 15 2022

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 0:22-CR-017-DLB

**UNITED STATES OF AMERICA**                   **PLAINTIFF**

V.      <u>**MOTION OF UNITED STATES FOR ARREST WARRANT**</u>

**WILLIAM LUCAS FERGUSON**                **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **WILLIAM LUCAS FERGUSON**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: _/s/ Erin Roth_

Erin Roth
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4872
FAX (859) 233-2747
Erin.Roth@usdoj.gov