UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL CASE NO. 22-17-DLB-EBA**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**          **ORDER ADOPTING REPORT AND RECOMMENDATION**

**WILLIAM LUCAS FERGUSON**                                    **DEFENDANT**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

By prior Order, Defendant's Motion for a Psychiatric Exam was granted (Doc. # 15). Consistent with local practice, this matter was referred to Magistrate Judge Edward B. Atkins for the purpose of preparing a Report and Recommendation. After holding a competency hearing, and reviewing Defendant's competency evaluation, Magistrate Judge Atkins issued a Report and Recommendation, recommending that Defendant is competent to face further proceedings, including a trial, in this matter. (Doc. # 25). No objections were filed and the time for doing so has expired.

Having reviewed the Magistrate Judge's Report and Recommendation, the Court concurs with the recommendation that Defendant's competent to face further proceedings. Thus, the Report and Recommendation will be **adopted in full**.

Accordingly, **IT IS ORDERED AND ADJUDGED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 25) be, and is hereby, **ADOPTED** as the Findings of Fact and Conclusions of Law of the Court;

(2) Defendant William Lucas Ferguson is deemed **COMPETENT** to face further proceedings, including a trial, in this matter;

(3) The time period between the filing of the motion and this Order is deemed **excludable time** pursuant to 18 U.S.C. § 3161(h)(1)(D); and

(4) This matter is scheduled for a **Status/Scheduling Conference** on **June 12, 2023 at 11:00 a,m**, in Ashland before the undersigned.

This 23rd day of May, 2023.



Signed By:
*David L. Bunning*
United States District Judge

L:\DATA\ORDERS\Ashland Criminal\2022\22-17 Order Adopting RR on Competency.docx