UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

CRIMINAL ACTION NO. 0:22-CR-017-DLB-1

UNITED STATES OF AMERICA                                                                                         PLAINTIFF

VS.

WILLIAM LUCAS FERGUSON                                                                                    DEFENDANT

**SENTENCING MEMORANDUM**

Comes now the Defendant, WILLIAM LUCAS FERGUSON, by counsel, and hereby submits the following Sentencing Memorandum for the Court's consideration prior to Final Sentencing in the above-styled action.

Luke Ferguson is a 28-year-old native of Boyd County, Kentucky, who has lived in the area for virtually his entire life.  He has entered guilty pleas to Counts One and Two of the Indictment in his case, having accepted responsibility for the conduct he engaged in.  At the time of his arrest, Luke was working at McDonald's in Catlettsburg, Kentucky, where he had been employed for approximately two (2) years.  He has also worked in the food-service industry for most of his adult life, as well as a local Wal-Mart in the Ashland, Kentucky area.  Luke has suffered from certain mental disorders throughout his childhood, adolescence, and adulthood.  He has been diagnosed by the local comprehensive care provider in the Ashland area, Pathways, Inc., with Attention Deficit Disorder (ADD) and Attention Deficit Hyperactive Disorder (ADHD).  He was treated with several different types of medications while attending Paul Blazer high school in Ashland, including Trazodone and Trileptal.

Because of these known issues and disorders, Luke was ordered by the Court to be evaluated as to his competency to stand trial herein.  Bureau of Prisons (BOP) evaluators diagnosed Luke with

Borderline Intellectual Functioning, Unspecified Depressive Disorder, and Alcohol Use Disorder.  During the evaluation at the BOP's facility in Butner, North Carolina, Luke also revealed that he had at least one prior psychiatric hospitalization for self-harm/cutting behaviors, which were treated as a suicide attempt. He also self-reported to the U.S. Probation Officer who prepared his pre-sentence report (PSR) that he had used alcohol and marijuana rather heavily, reporting in Paragraph 68 of the PSR that he drank 5-6 beers and/or a half-liter of vodka almost every day after leaving work.  Since his evaluation and treatment at Butner, Luke has been prescribed (and continues to take) Concerta and Trazodone.

While undergoing his evaluation at Butner, Luke also revealed to evaluators that he had himself been a victim of childhood sexual abuse by a female relative, having been perpetrated upon him between the ages of approximately 6 to 9 years old (Paragraph 60 of the PSR).

Luke, in counsel's opinion, recognizes the fact that the likely outcome of his sentencing will be a lengthy sentence.  The undersigned and Mr. Ferguson have discussed the possible penalties in the case, each Count to which he has pled carrying a possible penalty of 15 to 30 years.  Clearly, those penalties reflect the seriousness of the offenses, and provide just punishment for the offenses as well, along with providing protection for the public from future crimes by this Defendant.  During his discussions with counsel concerning his case and sentencing Luke has been forthright about his conduct and the nature of his offenses he has committed; however, he has expressed a desire to receive treatment for behaviors which he knows are wrong and that he wants to avoid repeating upon his release.  This would seem to indicate that Luke realizes that a significant period of treatment while serving his sentence is necessary under the Sec. 3553 factors mentioned above.

Luke Ferguson is a still a very young man, being only 28 years old, and the sentence he will receive in this case will cost him a significant portion of his adult life.  Counsel, on behalf of his client herein would ask the Court to consider concurrent sentences for the two (2) Counts of the Indictment to which Luke has pled guilty and accepted responsibility for what he knows to be wrongful and hurtful

conduct, having experienced similar abuse himself as a little boy. Additionally, Luke has requested that undersigned counsel ask the Court to designate a facility close to his home of Boyd County, Kentucky, but, also, one where he can receive mental and psychological treatment to avoid future behaviors like those that have brought him before the Court.

/s/Andy Markelonis_____
ANDY MARKELONIS
P.O. BOX 464, 2708 LOUISA STREET
CATLETTSBURG, KENTUCKY  41129
(606) 739-8616; (606) 615-6711
Fax: (606) 405-0052
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon the parties via the CM/ECF filing system on this the 9th day of February, 2024.


/s/Andy Markelonis_____
ANDY MARKELONIS