UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND
CRIMINAL MINUTES – SENTENCING

Case No.: 0:22-CR-17-DLB-EBA    At: Ashland    Date: February 12, 2024

USA vs. WILLIAM LUCAS FERGUSON
                    X  present    X  custody    ___ bond    ___ OR    Age: 28

DOCKET ENTRY: The Court adopts the Presentence Report, including the guideline calculations, prepared by the United States Probation Office as its findings. The United States oral motion for the 3rd level reduction for acceptance of responsibility under U.S.S.G. 3E1.1 is GRANTED. The oral motion of the United States to dismiss Counts 3 and 4 of the Indictment **IS GRANTED** and Counts 3 and 4 **ARE DISMISSED.**

PRESENT:    HON. DAVID L. BUNNING

| JANET SOLOMON | LISA WIESMAN | CYNTHIA T. RIEKER |
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft: ANDY MARKELONIS     X present   __ retained   X appointed

**PROCEEDINGS: SENTENCING**

X    No Objections to the Presentence Report.

X    Court's Advice of Right to Appeal provided to defendant and shall be filed in the record.

X    Judgment shall be entered (See Judgment & Commitment.)

X    Defendant was remanded to custody of the USMS pending designation by the BOP.

X    **After the 14 days for the filing of a Notice of Appeal has expired**, defense counsel shall file a **Notice** that he has discussed with the defendant the right to file an appeal and that the defendant has made the determination not to file an appeal. If a Notice of Appeal is filed, then the Notice required under this paragraph would not be required.

TIC: /34